## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### MEMORANDUM

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                         **RE:**    **Dismissal of Expired Probation/**
                                    **Supervised Release Warrant Cases**

Your Honor:

This memorandum is to request the Court vacate and recall the probation and supervised
release warrants issued in the following delineated cases and dismiss the underlying
Petitions as jurisdiction in these cases have expired.

The Ninth Circuit Court of Appeals decision in U.S. v. Vargas-Amaya, 389 F.3d 901 (2004)
ruled that a district court's jurisdiction to revoke supervision beyond the term of supervision
ordered is extended if the warrant was issued "upon probable cause, supported by Oath
or affirmation," as required by the Fourth Amendment.  The probation office has identified
a large number of warrants issued in the Eastern District of California which were based
upon alleged violations of probation and/or supervised release and jurisdiction of these
cases have expired due to the now-invalid warrants.  Accordingly, it is recommended the
Court recall the warrants and dismiss the cases as noted below.

                         Respectfully submitted,


                         **James E. Herbert**
                         **Assistant Deputy Chief U.S. Probation Officer**

Dated:      April 28, 2010
            Fresno, California
            JEH

Honorable Anthony W. Ishii
Fresno, California

**RE: Dismissal of Expired Probation/ Supervised Release Warrant Cases**

cc:    United States District Court Clerk's Office

United States Marshals Service

---

## THE COURT ORDERS

(✓)  Vacate the Petition on Probation or Supervised Release/Warrant Requests and recall the warrants issued on the following cases pursuant to U.S. v. Vargas-Amaya.

$4-28-10$

Date

Anthony W. Ishii
**Chief United States District Judge**

| Name | Docket Number | Warrant Issued | Expiration |
|---|---|---|---|
| ADAMS, Richard K. | CR-F-89-00154 (Fre) | 01/17/1990 | 10/23/1991 |
| AHO, Raymond W. | CR-F-84-00037 (Fre) | 09/25/1990 | 11/18/1986 |
| ALARCON, Alex R. | 1:02CR05336 (Fre) | 12/23/2003 | 09/13/2004 |
| ALOCER, Fidencio | 1:01M02232 (Fre) | 03/21/2003 | 12/20/2003 |
| ARAMBULO, Michelle | 5:00-20376M (Bksfld) | 02/28/2002 | 12/04/2003 |
| ARCE, Jose | 1:00CR05460 (Fre) | 02/19/2004 | 02/20/2004 |
| AVILA, Joseph E. | 88-0476 (Yos) | 02/14/1989 | 10/26/1990 |
| BERMUDEZ, Octavio | 5:01-20622M (Bksfld) | 05/01/1997 | 11/13/1997 |
| BROWN, Edward E. | 83-00156 (Fre) | 01/30/1987 | 11/27/1988 |
| CAUDROS-HERNANDEZ, Arturo | 1:99CR50866 (Fre) | 09/26/2002 | 01/30/2005 |
| CENICEROS, Leopoldo | 5:01-20622M (Bksfld) | 08/21/2002 | 07/09/2004 |

Honorable Anthony W. Ishii
Fresno, California

**RE: Dismissal of Expired Probation/
Supervised Release Warrant
Cases**

| CHON, Jose A. | 90-3030M (Bksfld) | 05/30/1990 | 02/26/1991 |
|---|---|---|---|
| CONFAIR, Shawn B. | 5:99-20326M (Bksfld) | 10/25/2000 | 05/10/2001 |
| CRITSER, Alan | 5:95-2055M (Bksfld) | 07/09/1996 | 08/07/1997 |
| DOMINGUEZ, Jesse | 82-3623M (Bksfld) | 10/06/1982 | 05/03/1985 |
| DUBOIS, David | 94-20603M (Bksfld) | 11/04/1994 | 06/20/1997 |
| DYSON, Michael | 5:01-20608M (Bksfld) | 08/19/2002 | 01/09/2005 |
| EGGLESTON, David | 81-00065 (Fre) | 12/10/1984 | 07/19/1986 |
| EICHORN, Timothy | CITR0705373 (Bksfld) | 05/10/1999 | 06/03/1999 |
| ENRIQUEZ, Jesus U. | 1:00CR05449 (Fre) | 03/18/2002 | 11/14/2003 |
| EPPS, Thomas H. | 1:05M00200 (Fre) | 11/01/2005 | 02/28/2006 |
| ESCALERA, Raymond M. | 89-3123M (Bksfld) | 09/10/1990 | 09/11/1990 |
| FOWLER, Steven D. | 81-0220 (Yos) | 07/08/1981 | 06/29/1983 |
| GELLERMAN, Michael S. | 93-0856 (Yos) | 03/05/1997 | 02/11/1998 |
| GILBERT, Amanda | 5:20538M (Bksfld) | 01/16/2002 | 01/22/2002 |
| HADDADIN, Basam | 1:02CR05058 (Fre) | 03/27/2003 | 02/05/2004 |
| HARGRAVE, Phyllis | 87-0718 (Yos) | 01/05/1989 | 11/23/1989 |
| HARRIS, Jane | 5:01-6652M (Bksfld) | 02/09/1993 | 12/09/1992 |
| HERNANDEZ, Abel | 97-0154 (Yos) | 03/03/1998 | 08/03/1999 |
| HUERTA, Randal | 97-2087 (Fre) | 12/08/1998 | 09/06/2001 |
| JACOBS, Tracy | 5:96-2099M (Bksfld) | 11/12/1996 | 08/12/1998 |
| JARRETT, Temeka | 5:01-20678M (Bksfld) | 02/24/2003 | 03/11/2004 |
| JOHNSON, John | 5:87-5949M (Bksfld) | 08/12/1988 | 01/11/1990 |
| KENT, Barbara | 5:98-20261M (Bksfld) | 01/06/2000 | 11/30/2001 |
| KIRBY, Dale L. | 85-3554M (Bksfld) | 11/04/1986 | 01/13/1989 |
| KLUGKIST, Paul | 1:02CR05168 (Fre) | 01/08/2003 | 08/20/2003 |
| LEPAPE, Richard | 95-8089 (Yos) | 09/06/1996 | 01/07/1997 |
| MADRID, Donald | 79-0215M (Yos) | 09/14/1979 | 04/11/1980 |
| MALONEY, Sean | 5:94-20595 (Bksfld) | 10/27/1995 | 11/07/1995 |

Honorable Anthony W. Ishii
Fresno, California

**RE: Dismissal of Expired Probation/ Supervised Release Warrant Cases**

| MARTINEZ, Alfred | 87-2059M (Fre) | 10/06/1987 | 06/08/1990 |
|---|---|---|---|
| MARTINEZ, John B. | PR84-4 (Bksfld) | 06/05/1984 | 08/03/1985 |
| MERKOUSKO, Mark | 84-1047 (Yos) | 11/30/1987 | 01/30/1988 |
| MILLER, Jonathan | 5:00-20518M (Bksfld) | 01/07/2003 | 01/13/2003 |
| MORRIS, Joseph E. | 96-2220M (Fre) | 10/03/1997 | 03/19/2000 |
| MCCORMACK, James | 77-1467M (Yos) | 01/18/1979 | 12/21/1978 |
| MCDONALD, Scott | 88-2353; 88-3034 (Bksfld) | 09/1988 | 06/12/1991 |
| MCGUIRE, Ricky | 5:83-5522M (Bksfld) | 06/07/1984 | 09/12/1986 |
| MCNEAL, Howard J. | 91-0067; CR-PAINE-91-6202 (Fre) | 11/14/1996 | 06/13/1999 |
| MCNERNEY, Daniel | 95-0166 (Yos) | 06/1996 | 06/11/1996 |
| NAVA, Anastacio | 93-5248 (Fre) | 06/07/1994 | 01/07/2001 |
| NELSON, Jerome | 95-0395; 95-0396 (Yos) | 12/29/1995 | 11/14/1998 |
| OCHOA-MENDIVILL, Eduardo | 97-5180 (Fre) | 01/26/1998 | 12/01/1998 |
| PEREZ-ROCHA, Alberto | 90-174 (Fre) | 02/12/1992 | 10/30/1996 |
| PINKARD, George | 87-0409 (Yos) | 03/07/1989 | 09/08/1990 |
| RALDA, Yeri A. | 1:04MJ2231 (Fre) | 11/03/2005 | 06/30/2006 |
| RAMOS-ANAYA, Jorge | 1:96CR05308 (Fre) | 07/06/1999 | 11/27/1999 |
| REYNOLDS, Stephen D. | 85-145 (Fre) | 11/26/1996 | 05/28/2001 |
| RODRIGUEZ, Robert | 97-2127M (Fre) | 04/23/1999 | 08/17/2000 |
| RUSSELL, Michael P. | 83-3078M (Bksfld) | 11/08/1985 | 11/16/1985 |
| RYAN, Daniel | 86-0650 (Yos) | 04/24/1989 | 11/23/1989 |
| SALAZAR, Eduardo | 1:04-2208M (Fre) | 11/09/2005 | 06/07/2008 |
| SALMU, Armas M. | 94-5205 (Fre) | 03/26/1997 | 03/02/1998 |
| SANDERS, Raymond C. | 91-3092M (Bksfld) | 01/16/1992 | 01/22/1992 |
| SANDOVAL-ENRIQUEZ, Concepcion | 93-5202 (Fre) | 11/04/1993 | 10/24/1995 |
| SANTIAGO, Roberto | 5:01-20591M (Bksfld) | 01/15/2002 | 04/09/2004 |
| SCOVILLE, Douglas | 92-6049M (Bksfld) | 06/14/1993 | 09/07/1994 |

Rev. 3/98
MEMO-CT.MRG

Honorable Anthony W. Ishii
Fresno, California

**RE:** **Dismissal of Expired Probation/ Supervised Release Warrant Cases**

| | | | |
|---|---|---|---|
| SHARPE, Kevin | 5:98-2226M (Bksfld) | 10/20/1999 | 07/06/2001 |
| SHEPHERD, Derek A. | 92-55443M (Bksfld) | 10/11/1994 | 06/15/1995 |
| SINGH, Deepinder | 92-5060 (Fre) | 11/22/1993 | 04/15/1995 |
| SMITH, Stanley | 94-0211 (Yos) | 03/25/1996 | 09/06/1996 |
| SPEED, Rosita | 93-5239 (Fre) | 11/09/1994 | 09/02/1996 |
| STACER, Gordon | 5:95-20072M (Bksfld) | 11/12/1996 | 12/11/1996 |
| STREETER, Eboni | 5:00-02375M (Bksfld) | 03/05/2001 | 12/04/2003 |
| SWEENEY, Timothy M. | 91-0704; 91-0717 (Yos) | 03/16/1992 | 09/30/1994 |
| TAIWO, Masai | 5:02-20801 (Bksfld) | 08/06/2004 | 03/31/2005 |
| TEHANEY, David A. | 90-0599 (Yos) | 07/28/1992 | 01/06/1993 |
| TUCKER, Mike | 98-3417M (Bksfld) | 11/24/1998 | 07/13/2000 |
| UREN, Francois | 90-0183 (Yos) | 09/13/1990 | 06/25/1993 |
| VANCE, Kenneth | 90-3417M (Bksfld) | 06/19/1992 | 04/22/1993 |
| WHITE, Sherrie | 1:94CR5054 (Fre) | 12/10/1998 | 08/13/1999 |
| WILSON, Mark | 91-5509M (Bksfld) | 12/18/1991 | 05/13/1994 |
| ZEPEDA Sr., Mickey | 1:99-2049M (Fre) | 10/24/2001 | 03/30/2002 |